| | |
|---|---|
| 1 | |
| 2 | Glenn Zuckerman<br>**WEITZ & LUXENBERG, PC**<br>700 Broadway<br>New York, New York 10003<br>Telephone: 212-558-5000<br>Facsimile: 212-344-5461<br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | This Document Relates to: | ) |
| 13 | *Donald Whitman, et al. v. Pfizer Inc*<br>(06-1350 CRB) | ) **MDL NO. 1699**<br>) **District Judge: Charles R. Breyer** |
| 15 | *Mildred Hance v. Pfizer Inc, et al.*<br>(06-1718 CRB) | ) |
| 16 | *William Lopez, et al. v. Astra Merck, Inc., et al.*<br>(06-2621 CRB) | ) **STIPULATION AND ORDER OF**<br>) **DISMISSAL WITH PREJUDICE** |
| 18 | *Rafaela Roman Velez, et al. v. Astra Merck, Inc., et al.*<br>(06-2649 CRB) | ) |
| 20 | *Luis R. Carrion Velez, et al. v. Astra Merck, Inc., et al.*<br>(06-2658 CRB) | ) |
| 22 | *Teresita Falcon Matos, et al. v. Astra Merck, Inc., et al.*<br>(06-2660 CRB) | ) |
| 24 | *Ronny Maria Sanders, et al. v. Pfizer Inc*<br>(06-2681 CRB) | ) |
| 25 | *Lori Sargent et al. v. Pfizer Inc*<br>(06-3675 CRB) | ) |
| 27 | *James Hall, et al. v. Pfizer Inc*<br>(06-3676 CRB) | ) |
| 28 | *John Hayhurst v. Pfizer Inc, et al.* | ) |

-1-

| | |
|---|---|
| 1 | (06-3758 CRB) )|
| 2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* ) |
|   | (06-3958 CRB) ) |
| 3 |   )|
|   | *Patricia Knudsen v. Pfizer Inc, et al.* ) |
| 4 | (06-4043 CRB) ) |

```
 1   (06-3758 CRB)                                          )
                                                            )
 2   Bill Casillas, et al. v. Pfizer Inc, et al.            )
     (06-3958 CRB)                                          )
 3                                                          )
     Patricia Knudsen v. Pfizer Inc, et al.                 )
 4   (06-4043 CRB)                                          )
                                                            )
 5   Betty Moncrief, et al. v. Pfizer Inc, et al.           )
     (06-4100 CRB)                                          )
 6                                                          )
     Annette Edelen, et al. v. Pfizer Inc, et al.           )
 7   (06-4147 CRB)                                          )
                                                            )
 8   Debbie Mitchell v. Pfizer Inc, et al.                  )
     (06-4296 CRB)                                          )
 9                                                          )
     Joseph Gastaldi, et al. v. Pfizer Inc, et al.          )
10   (06-4362 CRB)                                          )
                                                            )
11   Demetrio Rubio v. Pfizer Inc, et al.                   )
     (06-4449 CRB)                                          )
12                                                          )
     Earlene McBride, et al. v. Pfizer Inc, et al.          )
13   (06-4462 CRB)                                          )
                                                            )
14   Louis Walkingstick, et al. v. Pfizer Inc, et al.       )
     (6-4463 CRB)                                           )
15                                                          )
     Virginia Thorne v. Pfizer Inc, et al.                  )
16   (06-4464 CRB)                                          )
                                                            )
17   Rojelio Longoria, et al. v. Pfizer Inc, et al.         )
     (06-4586 CRB)                                          )
18                                                          )
     Annie White, et al. v. Pfizer Inc, et al.              )
19   (06-4678 CRB)                                          )
                                                            )
20   Martha Stevens, et al. v. Pfizer Inc, et al.           )
     (06-4920 CRB)                                          )
21                                                          )
     Janette Smith v. Pfizer Inc, et al.                    )
22   (06-4977 CRB)                                          )
                                                            )
23   Roselie Atkins, et al. v. Pfizer Inc, et al.           )
     (06-5272 CRB)                                          )
24                                                          )
     Dawna Garza v. Pfizer Inc, et al.                      )
25   (06-5416 CRB)                                          )
                                                            )
26   Ralph Adams, et al. v. Pfizer Inc, et al.              )
     (06-5591 CRB)                                          )
27                                                          )
     Albert Leong v. Pfizer Inc, et al.                     )
28   (06-5666 CRB)                                          )
```

-2-

| | |
|---|---|
| 1 | |
| 2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.* (06-5738 CRB) )<br>) |
| 3 | *Randy Masker, et al. v. Pfizer Inc, et al.* (06-5739 CRB) )<br>) |
| 4 | |
| 5 | *Charlie Rhome, et al. v. Pfizer Inc, et al.* (06-5740 CRB) )<br>) |
| 6 | *Paulette Balda, et al. v. Pfizer Inc, et al.* (06-5765 CRB) )<br>) |
| 7 | |
| 8 | *William Halpin, et al. v. Pfizer Inc, et al.* (06-5777 CRB) )<br>) |
| 9 | *Patricia Howard, et al. v. Pfizer Inc, et al.* (06-5916 CRB) )<br>) |
| 10 | |
| 11 | *Alice Ryan, et al. v. Pfizer, Inc, et al.* (06-5917 CRB) )<br>) |
| 12 | *William Coleman, et al. v. Pfizer Inc, et al.* (06-5918 CRB) )<br>) |
| 13 | |
| 14 | *Monica Mittag, et al. v. Pfizer Inc, et al.* (06-5919 CRB) )<br>) |
| 15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.* (06-5963 CRB) )<br>) |
| 16 | |
| 17 | *John Roof v. Pfizer Inc, et al.* (06-5964 CRB) )<br>) |
| 18 | *Lynda Jack, et al. v. Pfizer Inc, et al.* (06-5965 CRB) )<br>) |
| 19 | |
| 20 | *Ernest Grant v. Pfizer Inc, et al.* (06-5970 CRB) )<br>) |
| 21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.* (06-5973 CRB) )<br>) |
| 22 | |
| 23 | *Wade Smith, et al. v. Pfizer Inc, et al.* (06-5975 CRB) )<br>) |
| 24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.* (06-5977 CRB) )<br>) |
| 25 | |
| 26 | *Sergio Estrada v. Pfizer Inc, et al.* (06-5978 CRB) )<br>) |
| 27 | *John Vallee, et al. v. Pfizer Inc, et al.* (06-5981 CRB) )<br>) |
| 28 | |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.* )<br>(06-5983 CRB) ) |
| 2 | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* )<br>(06-6058 CRB) ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* )<br>(06-6059 CRB) ) |
| 5 | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.* )<br>(06-6060 CRB) ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )<br>(06-6061 CRB) ) |
| 8 | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* )<br>(06-6062 CRB) ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* )<br>(06-6064 CRB) ) |
| 11 | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* )<br>(06-6065 CRB) ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.* )<br>(06-6066 CRB) ) |
| 14 | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.* )<br>(06-6067 CRB) ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )<br>(06-6068 CRB) ) |
| 17 | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.* )<br>(06-6070 CRB) ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )<br>(06-6071 CRB) ) |
| 20 | ) |
| 21 | *Beth Lehman, et al. v. Pfizer Inc, et al.* )<br>(06-6073 CRB) ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* )<br>(06-6075 CRB) ) |
| 23 | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* )<br>(06-6083 CRB) ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* )<br>(06-6084 CRB) ) |
| 26 | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* )<br>(06-6087 CRB) ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* ) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | | |
|---|---|---|
| 1 | (06-6088 CRB) | ) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* <br> (06-6089 CRB) | ) ) ) |
| 3 | | ) |
| 4 | *Willie Vaughn v. Pfizer Inc, et al.* <br> (06-6092 CRB) | ) ) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* <br> (06-6093 CRB) | ) ) |
| 6 | | ) |
| 7 | *Douglas Horton v. Pfizer Inc, et al.* <br> (06-6094 CRB) | ) ) |
| 8 | *June N. Bell v. Pfizer Inc, et al.* <br> (06-6095 CRB) | ) ) |
| 9 | | ) |
| 10 | *Jerry Rice, et al. v. Pfizer Inc, et al.* <br> (06-6096 CRB) | ) ) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* <br> (06-6097 CRB) | ) ) |
| 12 | | ) |
| 13 | *Steven Woods, et al. v. Pfizer Inc, et al.* <br> (06-6098 CRB) | ) ) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* <br> (06-6116 CRB) | ) ) |
| 15 | | ) |
| 16 | *April Froehlich, et al. v. Pfizer Inc, et al.* <br> (06-6117 CRB) | ) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

| | | |
|---|---|---|
| 1 | DATED: 10-29, 2009 | By: _____ |
| 2 | | |
| 3 | | **WEITZ & LUXENBERG, PC**<br>700 Broadway |
| 4 | | New York, New York 10003<br>Telephone: 212-558-5000<br>Facsimile: 212-344-5461 |
| 5 | | |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: Nov. 2, 2009 | By: _____ |
| 8 | | |
| 9 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 10 | | New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 11 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132560v.1
EASTW2581180.1